BETSY S. KIMBALL (SBN 66420)
BOYD & KIMBALL, LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CA 95864
TELEPHONE: (916) 927-0700
FACSIMILE:   (916) 927-0701

Attorneys for Defendants Glen Haire and Twin Rivers Textiles, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAY-DRI CONTINENCE MANAGEMENT SYSTEMS, LLC; TED GOMOLL; GREG BIXBY; BRUCE SCOTT,<br><br>          Plaintiffs,<br><br>vs.<br><br>GLEN HAIRE; TWIN RIVERS TEXTILES, LLC,<br><br>          Defendants.<br>_____/ | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |

**To The Clerk of the United States District Court for the Eastern District of California:**

     Defendants Glen Haire and Twin Rivers Textiles, LLC give notice that they hereby remove to this Court the state court action described below, on the following grounds:

     1.    On or about May 21, 2008, an action was commenced in the Superior Court of the State of California in and for the County of Sacramento, entitled *Stay-Dri Continence Management Systems, LLC, Ted Gomoll, Greg Bixby, and Bruce Scott, Plaintiffs, v. Glen Haire and Twin Rivers Textiles, LLC, and Does 1 through 25, Defendants*, Case Number 34-2008-00011514-CU-BC-DGS.  A copy of the Complaint for Damages and Injunctive Relief is attached hereto as Exhibit "A".

1  2. Plaintiffs served their summons and complaint as follows: upon defendant Twin Rivers Textiles, LLC on May 23, 2008, by personal service on said defendant's designated agent for service of process, Marty G. Jacobs, Esq., of Owensboro, KY; and upon defendant Glen Haire on May 26, 2008. This Notice is filed within thirty (30) days of the service of the complaint on defendants.  A copy of the summons is attached hereto as Exhibit "B".  A copy of the Civil Case Cover Sheet filed in the state court is attached hereto as Exhibit "C".   Copies of the blank Mandatory Local Forms pertaining to the mediation program served on defendants are attached hereto as Exhibit "D".

  3. This is a civil action within this Court's original jurisdiction pursuant to 28 U.S.C. § 1332, and is one which may be removed to this Court by defendants pursuant to the provisions of 28 U.S.C. § 1441(b), in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.  Although the complaint sets forth the amount prayed for as "not less than" $25,000, defendants have a good faith belief that the amount in controversy will exceed $75,000.00, exclusive of interest and costs.

  4. Complete diversity of citizenship exists.  As set forth in plaintiffs' complaint, plaintiffs Ted Gomoll, Greg Bixby and Bruce Scott are citizens of the State of California and plaintiff Stay-Dri Continence Management Systems, LLC is a California limited liability company.  As also set forth in the complaint defendant Glen Haire is a citizen of the State of Kentucky, and defendant Twin Rivers Textiles, LLC is a Kentucky limited liability company.  The sole manager of Twin Rivers Textiles, LLC is Glen M. Haire, a citizen of Kentucky, and the sole owner of Twin Rivers Textiles, LLC is the Haire Children Irrevocable Trust dated July 1, 2004, also a citizen of Kentucky.

  5. This action may be removed by defendants pursuant to 28 U.S.C. § 1441. Removal to the United States District Court for the Eastern District of California is proper.

  6. Exhibits "A," "B," "C" and "D" comprise the only process, pleadings, or orders filed in state court or served upon defendants in this action.  Defendants attach

1 | as Exhibit "E," a copy of the notice of this removal filed in the state court.  Defendants
2 | shall, within ten (10) days of filing this Notice of Removal, file with the Clerk of the Court,
3 | copies of all additional records and proceedings that might be subsequently served in
4 | the state court action.

5 | Dated: June 19, 2008              BOYD & KIMBALL, LLP

                                    /s/Betsy S. Kimball
                              By:_____
                                    BETSY S. KIMBALL
                                    Attorneys for Defendants Glen Haire and
                                    Twin Rivers Textiles, LLC

[130350]