# EXHIBIT C

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: David S. Barrett (SB# 209986) Law Office of David S Barrett 117 'J' Street, Suite 201 Sacramento, CA 95814 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO 916-440-0233   FAX NO | FILED Superior Court Of California, Sacramento Dennis Jones, Executive Officer 05/21/2008 skyulngai By _____, Deputy Case Number: CASE NUMBER: 08-00011514-CU-BC-GDS |
| ATTORNEY FOR *(Name)*: Plaintiffs | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sacramento | |
| STREET ADDRESS 720 Ninth Street | |
| MAILING ADDRESS | |
| CITY AND ZIP CODE Sacramento 95814 | |
| BRANCH NAME | |
| CASE NAME: Stay-Dri, et al. v. Haire, et al. | |

| CIVIL CASE COVER SHEET | Complex Case Designation | |
|---|---|---|
| [✓] Unlimited (Amount demanded exceeds $25,000) [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter   [ ] Joinder Filed with first appearance by defendant (Cal Rules of Court, rule 3 402) | JUDGE DEPT |

*Items 1–6 below must be completed (see instructions on page 2)*

1. Check one box below for the case type that best describes this case

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [✓] Breach of contract/warranty (06)
- [ ] Rule 3 740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [✓] is not complex under rule 3 400 of the California Rules of Court If the case is complex, mark the factors requiring exceptional judicial management
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)* a. [✓] monetary  b. [✓] nonmonetary, declaratory or injunctive relief  c. [✓] punitive
4. Number of causes of action *(specify)* 15
5. This case [ ] is [✓] is not a class action suit
6. If there are any known related cases, file and serve a notice of related case *(You may use form CM-015.)*

Date May 21, 2008
David S. Barrett
(TYPE OR PRINT NAME)                                        (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code) (Cal Rules of Court, rule 3 220) Failure to file may result in sanctions
- File this cover sheet in addition to any cover sheet required by local court rule
- If this case is complex under rule 3 400 et seq of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding
- Unless this is a collections case under rule 3 740 or a complex case, this cover sheet will be used for statistical purposes only

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev July 1, 2007] | CIVIL CASE COVER SHEET | Cal Rules of Court, rules 2 30, 3 220, 3 400–3 403, 3 740, Cal Standards of Judicial Administration, std 3 10 www.courtinfo.ca.gov |
|---|---|---|

American LegalNet, Inc
www FormsWorkflow com