# EXHIBIT D

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SACRAMENTO

CIVIL & TRIAL SUPPORT – ROOM 102
(916) 874-5522 • WWW.SACCOURT.COM
720 NINTH STREET SACRAMENTO, CALIFORNIA 95814

# Important Notice

This packet contains important information and new *Mandatory Local Forms* pertaining to the Mediation Program.

Please review this material carefully to ensure proper handling.



# SUPERIOR COURT OF CALIFORNIA
COUNTY OF SACRAMENTO
720 9TH STREET – ROOM 101
SACRAMENTO, CALIFORNIA, 95814

## ALTERNATIVE DISPUTE RESOLUTION
## INFORMATION SHEET

> The Court requires that all counsel provide a copy of this Alternative Dispute Resolution Information Sheet to their clients.
>
> Plaintiff / Cross-Complainant is required to include this ADR Information Sheet when he or she serves the complaint on any Defendant / Cross-Defendant.

Recognizing that many civil disputes can be resolved without the time and expense of traditional civil litigation, the Superior Court of California, County of Sacramento (Sacramento County Superior Court), strongly encourages parties in civil cases to explore and pursue the use of Alternative Dispute Resolution.

### What is Alternative Dispute Resolution?

Alternative Dispute Resolution (ADR) is the general term applied to a wide variety of dispute resolution processes which are alternatives to lawsuits. Types of ADR processes include:

- Arbitration,
- Mediation,
- Neutral evaluation,
- Mini-trials,
- Settlement Conferences,
- Private judging,
- Negotiation and *hybrids* of these processes.

All ADR processes offer a partial or complete alternative to traditional court litigation for resolving disputes. At the present time, the Sacramento County Superior Court offers Mediation and Arbitration.

## What are the advantages of using ADR?

ADR can have a number of advantages over traditional court litigation.

- **ADR can save time.** Even in a complex case, a dispute can be resolved through ADR in a matter of months or weeks, while a lawsuit can take years.

- **ADR can save money.** By producing earlier settlements, ADR can save parties and courts money that might otherwise be spent on litigation costs (attorneys fees and court expenses.)

- **ADR provides more participation.** Parties have more opportunity with ADR to express their own interests and concerns, while litigation focuses exclusively on the parties' legal rights and responsibilities.

- **ADR provides more control and flexibility.** Parties can choose the ADR process most appropriate for their particular situation and that will best serve their particular needs.

- **ADR can reduce stress and provide greater satisfaction.** ADR encourages cooperation and communication, while discouraging the adversarial atmosphere found in litigation. Surveys of disputants who have gone through ADR have found that satisfaction with ADR is generally high, especially among those with extensive ADR experience.

## Arbitration and Mediation

Although there are many different types of ADR processes, the forms most commonly used to resolve disputes in California state courts are Arbitration and Mediation. The Sacramento County Superior Court currently offers pre-screened panelists with experience and training in each of the following areas.

**Arbitration.** An Arbitrator hears evidence presented by the parties, makes legal rulings, determines facts and makes an Arbitration award. Arbitration awards may be entered as judgments in accordance with the agreement of the parties or, where there is no agreement, in accordance with California statutes. Arbitration can be binding if the parties so agree in writing. If there is no such agreement, either party can reject the Arbitration award and request a trial.

**Mediation.** Mediation is a voluntary, informal, confidential process in which the Mediator, a neutral third party, facilitates settlement negotiations. The Mediator improves communication by and among the parties, helps parties clarify facts, identify legal issues, explore options and arrive at a mutually acceptable resolution of the dispute.

Litigants are encouraged to use an ADR process as early in the case as circumstances permit. All appropriate cases will be reviewed for referral to ADR at the Case Management Conference.

Note: A *Mediation Statement* must be filed with the *Case Management Statement.*

### ADR Procedures for the Sacramento County Superior Court

Upon filing a complaint or cross-complaint, the plaintiff/cross-complainant will receive this information sheet from the Superior Court Clerk. **Plaintiff is required to include the ADR Information Sheet when he or she serves the Complaint on the Defendant.**

### Mediation.

All parties to the dispute may voluntarily agree to submit the case to a neutral Mediator, either through a court-appointment or through a private arrangement. A *Stipulation and Order to Mediation* may be filed with the court at any time up to 15 calendar days prior to the Case Management Conference (CMC). The parties may choose either of the following Mediation choices:

**Private Mediation.** Parties to a civil action agree to mediate their dispute with a Mediator of their choice without court assistance. The cost of Mediation must be borne by the parties equally unless the parties agree otherwise. Parties will be charged an amount as set by the Mediator (refer to the ADR Panel List for current rates).

**Court Mediation.** Upon stipulation of the parties, a Mediator and alternate Mediator will be selected from the court-approved list of neutrals (ADR Panel List) and compensated pursuant to Local Rule 12.23. The court will confirm the selected Mediator and notice parties by mail.

The Mediator is then responsible for contacting the parties to confirm a date, time, and place for Mediation. Mediators on the court's approved ADR Panel List have agreed to the court's payment schedule of $200 for up to 3 hours of Mediation. In the event the Mediation extends beyond 3 hours and parties determine it would be beneficial to continue the Mediation process, the parties will independently be responsible for compensating the Mediator in an amount as set by the Mediator.

The court's ADR Panel List is available on-line at www.saccourt.com or may be obtained at the Civil Filing Counter at the Gordon D. Schaber Sacramento County Courthouse, 720 Ninth Street, Room 101, Sacramento.

If the parties do not stipulate to Mediation prior to their CMC, they may indicate their willingness to stipulate to Mediation at the CMC. In that event, **parties must submit a** *Stipulation and Order to Mediation (see attached)* **within 14 calendar days after their CMC.**

## Arbitration

If the parties do not stipulate to Mediation - plaintiff may elect, the parties may stipulate, or the Judge may Order the case to Arbitration. Parties will be asked to select an Arbitrator and an alternate Arbitrator from the court's ADR Panel List. The court will send a Notice of Appointment and an appropriate Order to Arbitration to all parties.

Arbitrations are conducted pursuant to California Rules of Court, rules 3.810 through 3.830, and Local Rules Chapter 12, Part 2. Unless otherwise stipulated, an Award of Arbitrator is not binding upon the parties provided that they file a timely Request for Trial De Novo pursuant to California Rules of Court, rule 3.826. Upon the filing of a timely Request for Trial De Novo, the case will proceed to a Trial-Setting Conference. If no timely Request for Trial De Novo is filed, judgment based upon the Award of Arbitrator will be entered pursuant to California Rules of Court, rule 3.827.

## Additional Information

For more information on the specific ADR programs of the Sacramento Superior Court, please review the Local Rules of the Sacramento Superior Court, available at all court locations and on-line at www.saccourt.com.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS): | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.   FAX NO. (Optional)<br>EMAIL ADDRESS (Optional)<br>ATTORNEY FOR (NAME):<br>**Superior Court of California, County of Sacramento**<br>720 Ninth Street, Room 101<br>Sacramento, CA 95814-1380<br>(916) 874-5522 | |

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| MEDIATION STATEMENT | CASE NUMBER: |
|---|---|

---

**A CASE MANAGEMENT CONFERENCE is scheduled as follows:**

Date:            Time:            Dept.:

Address of court (if different from the address above):

---

**INSTRUCTIONS:** All applicable boxes must be checked, and the specified information must be provided.

**All parties have considered Mediation as a means to resolving this case and have agreed:**

☐ **Mediation is appropriate for this case.** Parties have submitted a *Stipulation and Order for Mediation* form or will submit a *Stipulation* within 14 days following the Case Management Conference.

☐ **Mediation is not appropriate for this case for the following reasons:**

_____

_____

_____

---

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and Alternative Dispute Resolution (ADR), as well as other issues raised by this statement, and will possess the authority to enter into stipulation on these issues at the time of the Case Management Conference, including the written authority of the party where required.

Date: _____

_____        ▶ _____
(Type or Print Name)                (Signature of Party or Attorney)

_____        ▶ _____
(Type or Print Name)                (Signature of Party or Attorney)

Mediation Statement

CV\E-MED-172 (Rev 2.26.2007)
Local Form Adopted for Mandatory Use

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS): | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.    FAX NO. *(Optional)* <br> EMAIL ADDRESS *(Optional)* <br> ATTORNEY FOR *(NAME):* | |
| Superior Court of California, County of Sacramento <br> 720 Ninth Street, Room 101 <br> Sacramento, CA 95814-1380 <br> (916) 874-5522 | |

| PLAINTIFF/PETITIONER: | CASE MANAGEMENT CONFERENCE DATE: |
|---|---|
| DEFENDANT/RESPONDENT: | |
| STIPULATION AND ORDER TO MEDIATION | CASE NUMBER: |

The parties and their attorneys stipulate that the claims in this action shall be submitted to the following mediation process:

### Type of Mediation (select one):

☐ 1. **Court Mediation.** *Per Local Rule 12.23 Mediators on the court's approved panel have agreed to the court's payment schedule of $200 for 3 hours of mediation. In the event the mediation will extend beyond 3 hours, the parties will be responsible for compensating the Mediator in an amount as set by the Mediator.*

☐ 2. **Court Mediation in lieu of previously ordered Arbitration.** *Per Local Rule 12.23 Mediators on the court's approved panel have agreed to the court's payment schedule of $200 for 3 hours of mediation. In the event the mediation will extend beyond 3 hours, the parties will be responsible for compensating the Mediator in an amount as set by the Mediator.*

☐ 3. **Private Mediation.** *Per Local Rule 12.23 the cost of mediation must be borne by the parties equally unless the parties agree otherwise. Parties will be charged an amount as set by the Mediator.*

☐ 4. **Private Mediation in lieu of previously ordered Arbitration.** *Per Local Rule 12.23 the cost of mediation must be borne by the parties equally unless the parties agree otherwise. Parties will be charged an amount as set by the Mediator.*

### Neutral

Court Neutral Selected:     Name_____
(If type of Mediation selected above is option 1 or 2)

Alternate Court Neutral Selected:     Name_____
(If type of Mediation selected above is option 1 or 2)

Alternate Court Neutral Selected:     Name_____
(If type of Mediation selected above is option 1 or 2)

Private Neutral Selected:     Name_____
(If type of Mediation selected above is option 3 or 4)

### Other Stipulations

☐ Discovery to remain open 30 days prior to trial.

Additional Stipulations: _____

_____

Stipulation and Order to Mediation

CV\E-MED-179 (Rev 2.26.07)                          Page 1 of 3

## STIPULATION AND ORDER TO MEDIATION

PLAINTIFF/PETITIONER: _____   CASE NUMBER: _____

DEFENDANT/RESPONDENT: _____

---

_____  _____  _____
Name of Party Stipulating    Name of Party or Attorney Executing Stipulation    Signature of Party or Attorney

☐ Plaintiff   ☐ Defendant   ☐ Cross-Complainant   ☐ Cross-Defendant   Dated: _____

_____  _____  _____
Name of Party Stipulating    Name of Party or Attorney Executing Stipulation    Signature of Party or Attorney

☐ Plaintiff   ☐ Defendant   ☐ Cross-Complainant   ☐ Cross-Defendant   Dated: _____

_____  _____  _____
Name of Party Stipulating    Name of Party or Attorney Executing Stipulation    Signature of Party or Attorney

☐ Plaintiff   ☐ Defendant   ☐ Cross-Complainant   ☐ Cross-Defendant   Dated: _____

_____  _____  _____
Name of Party Stipulating    Name of Party or Attorney Executing Stipulation    Signature of Party or Attorney

☐ Plaintiff   ☐ Defendant   ☐ Cross-Complainant   ☐ Cross-Defendant   Dated: _____

☐ Additional Signature Page(s) Attached

---

### ORDER

The foregoing stipulation having been read and considered, and good cause appearing, now therefore:

☐ Stipulation and Order to Mediation deferred to Case Management Conference.
☐ The Court orders the parties to enter mediation as stipulated above, pursuant to Chapter 12 of the Local Rules.
☐ Previously scheduled Case Management Conference is vacated.
☐ Previous order to Arbitration is vacated and appointment of Arbitrator rescinded.
☐ The case is ordered to a Trial-Setting Conference.
☐ Trial-Setting Conference is continued to: _____  _____  _____
                                              Date           Time        Department
☐ Mediation Status Conference set for: _____  _____  _____
                                        Date           Time        Department
☐ It is further ordered that: _____

---

Dated: _____   Signed: _____
                                          Judge of the Superior Court

---

Stipulation and Order to Mediation

## STIPULATION AND ORDER TO MEDIATION

*(Additional Signature Page)*

PLAINTIFF/PETITIONER: _____   CASE NUMBER: _____

DEFENDANT/RESPONDENT: _____

---

_____   _____   _____
Name of Party Stipulating        Name of Party or Attorney Executing Stipulation        Signature of Party or Attorney

☐ Plaintiff  ☐ Defendant  ☐ Cross-Complainant  ☐ Cross-Defendant   Dated: _____

---

_____   _____   _____
Name of Party Stipulating        Name of Party or Attorney Executing Stipulation        Signature of Party or Attorney

☐ Plaintiff  ☐ Defendant  ☐ Cross-Complainant  ☐ Cross-Defendant   Dated: _____

---

_____   _____   _____
Name of Party Stipulating        Name of Party or Attorney Executing Stipulation        Signature of Party or Attorney

☐ Plaintiff  ☐ Defendant  ☐ Cross-Complainant  ☐ Cross-Defendant   Dated: _____

---

_____   _____   _____
Name of Party Stipulating        Name of Party or Attorney Executing Stipulation        Signature of Party or Attorney

☐ Plaintiff  ☐ Defendant  ☐ Cross-Complainant  ☐ Cross-Defendant   Dated: _____

---

_____   _____   _____
Name of Party Stipulating        Name of Party or Attorney Executing Stipulation        Signature of Party or Attorney

☐ Plaintiff  ☐ Defendant  ☐ Cross-Complainant  ☐ Cross-Defendant   Dated: _____

---

_____   _____   _____
Name of Party Stipulating        Name of Party or Attorney Executing Stipulation        Signature of Party or Attorney

☐ Plaintiff  ☐ Defendant  ☐ Cross-Complainant  ☐ Cross-Defendant   Dated: _____