# EXHIBIT E

BETSY S. KIMBALL (SBN 66420)
BOYD & KIMBALL, LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CA 95864
TELEPHONE: (916) 927-0700
FACSIMILE:   (916) 927-0701

Attorneys for Defendants Glen Haire and Twin Rivers Textiles, LLC

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SACRAMENTO

| | |
|---|---|
| STAY-DRI CONTINENCE MANAGEMENT SYSTEMS, LLC; TED GOMOLL; GREG BIXBY; BRUCE SCOTT,<br><br>Plaintiffs,<br><br>vs.<br><br>GLEN HAIRE; TWIN RIVERS TEXTILES, LLC,<br><br>Defendant. | Case No. 34-2008-00011514-CU-BC-GDS<br><br>**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

**TO PLAINTIFFS STAY-DRI CONTINENCE MANAGEMENT SYSTEMS, LLC, TED GOMOLL, GREG BIXBY, BRUCE SCOTT AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that a Notice of Removal of this action was filed in the United States District Court for the Eastern District of California, on this date.

A copy of the said Notice of Removal is attached to this notice, and is served herewith.

Dated: June 19, 2008

BOYD & KIMBALL, LLP

By: _____
BETSY S. KIMBALL
Attorneys for Defendants Glen Haire and Twin Rivers Textiles, LLC

[130360]

1 | BOYD & KIMBALL, LLP
CASE NAME: Stay-Dri, et al. v. Haire, et al.
2 | CASE NO: 34-2008-00011514-CU-BC-GDS

3 |                                PROOF OF SERVICE

4 | STATE OF CALIFORNIA          )
                                 ) ss.
5 | COUNTY OF SACRAMENTO         )

6 |        I am a citizen of the United States and a resident of Sacramento County; I am over
the age of eighteen years and not a party to the within action; my business address is 3638
7 | American River Drive, Sacramento, CA 95864.

8 |        On June 19, 2008, I served the within copy of:

9 |        **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

10 | on the interested parties in said action addressed as follows:

11 | David S. Barrett
Law Office of David S. Barrett
12 | 117 J Street, Suite 201
Sacramento, CA 95814
13 | Tel: (916) 440-0233
Fax: (916) 440-0237

14 |
■    **U.S. MAIL** - I am familiar with the business practice of Boyd & Kimball, LLP's
15 |      collection and processing of U.S. Mail. The document described above was sealed
         and placed for collection and mailing on the date stated above. Pursuant to said
16 |     business practices, documents are deposited for handling that same day in the
         ordinary course of business.
17 |
        I declare under penalty of perjury under the laws of the State of California that the
18 | foregoing is true and correct.

19 |        Executed on June 17, 2008, at Sacramento, California.

20 |
21 |                                            _____
                                                SHERREE DELIS
22 |

Proof of Service