1  BETSY S. KIMBALL (SBN 66420)
   BOYD & KIMBALL, LLP
2  3638 AMERICAN RIVER DRIVE
   SACRAMENTO, CA 95864
3  TELEPHONE: (916) 927-0700
   FACSIMILE:   (916) 927-0701
4
   Attorneys for Defendants Glen Haire and
5       Twin Rivers Textiles, LLC

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 STAY-DRI CONTINENCE                    Case No. 2:08-CV-01386-JAM-EFB
   MANAGEMENT SYSTEMS, LLC; TED
12 GOMOLL; GREG BIXBY; BRUCE              **ORDER ON EX PARTE APPLICATION
   SCOTT,                                 FOR EXTENSION OF TIME FOR
13                                        DEFENDANTS TO FILE RESPONSE
              Plaintiffs,                 TO THE COMPLAINT**
14
   vs.
15
   GLEN HAIRE; TWIN RIVERS
16 TEXTILES, LLC,

17            Defendants.
   _____/
18

19                              ORDER

20        The Court having reviewed defendants' ex parte application for an extension of 30

21 days to respond to the complaint herein and good cause appearing,

22        IT IS ORDERED, as modified by the court, that defendants shall have an

23 additional 20 days to respond to the complaint up to and including July 14, 2008.

24

25 Dated: 6/23/2008
                              /s/ John A. Mendez
26                            JUDGE OF THE UNITED STATES DISTRICT COURT

27

28
   [130386]